240 U. S. 240, 241; *Bilby* v. *Stewart*, 246 U. S. 255, 257. (2) *Brolan* v. *United States*, 236 U. S. 216, 218; *United Surety Co.* v. *American Fruit Co.*, 238 U. S. 140, 142; *Sugarman* v. *United States*, 249 U. S. 182, 184. (3) Section 237 of the Judicial Code, as amended by the Act of September 6, 1916, c. 448, § 2, 39 Stat. 726. *Mr. Emory J. Smith* for plaintiff in error. *Mr. Edward J. Brundage* and *Mr. Edward C. Fitch* for defendant in error.

---

No. 262. VIRGINIA AND WEST VIRGINIA COAL COMPANY *v.* GREEN CHARLES. Error to the Circuit Court of Appeals for the Fourth Circuit. Motion to dismiss submitted March 8, 1920. Decided March 15, 1920. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of: (1) Section 128 of the Judicial Code; *Shulthis* v. *McDougal*, 225 U. S. 561, 568; *Hull* v. *Burr*, 234 U. S. 712, 720; *St. Anthony Church* v. *Pennsylvania R. R. Co.*, 237 U. S. 575, 577; *Delaware, Lackawanna & Western R. R. Co.* v. *Yurkonis*, 238 U. S. 439, 444. (2) *Spencer* v. *Duplan Silk Co.*, 191 U. S. 526, 530; *Devine* v. *Los Angeles*, 202 U. S. 313, 333; *Shulthis* v. *McDougal*, 225 U. S. 561, 569. *Mr. A. M. Beicher* and *Mr. S. B. Avis* for plaintiff in error. *Mr. William H. Werth*, *Mr. A. S. Higenbotham* and *Mr. Edgar Lee Greever* for defendant in error.

---

No. 230. C. C. TAFT COMPANY *v.* STATE OF IOWA. Error to the Supreme Court of the State of Iowa. Argued March 12, 1920. Decided March 15, 1920. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of the Act of September 6, 1916, c. 448, § 6, 39 Stat. 726, 727. *Mr. Fred P. Carr* and *Mr. Robert M. Haines* for plaintiff in error, submitted. *Mr. F. C. David-*

*son*, with whom *Mr. H. M. Havner* was on the brief, for defendant in error.

---

No. 236. JAMES P. PARSONS *v.* WILLIAM H. MOOR ET AL. Error to the Supreme Court of the State of Ohio. Argued March 12, 1920. Decided March 15, 1920. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of § 237 of the Judicial Code, as amended by the Act of September 6, 1916, c. 448, § 2, 39 Stat. 726. *Mr. Charles F. Carusi* and *Mr. C. A. Thacher*, for plaintiff in error, submitted. *Mr. Herbert P. Whitney* for defendants in error.

---

No. —, Original. STATE OF NEW JERSEY *v.* A. MITCHELL PALMER, ATTORNEY GENERAL, ET AL. On motion for leave to file original bill. Motion submitted March 8, 1920. Order entered March 15, 1920.

ORDER. Application for leave to file bill granted and process ordered; but should the Attorney General be advised to move to dismiss, a motion to advance the hearing on the motion to dismiss to the earliest practicable day will be entertained, in order that the issues arising from such motion may be considered in connection with the controversies now under advisement resulting from the original bill filed by the State of Rhode Island and other causes involving kindred questions which are now also under submission. *Mr. Thomas F. McCran* for complainant.

---

No. 111. UNION PACIFIC COAL COMPANY *v.* MARK A. SKINNER, COLLECTOR OF INTERNAL REVENUE. Certiorari to the Circuit Court of Appeals for the Eighth Circuit. Submitted December 19, 1919. Decided March